**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| YUNIESKY GARCIA CAMBA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:26-cv-00103-MTS |
| | ) | |
| WARDEN, STE. GENEVIEVE COUNTY | ) | |
| DETENTION CENTER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

Yuniesky Garcia Camba has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, claiming that he has been confined in the Ste. Genevieve County Detention Center by U.S. Immigration and Customs Enforcement since March 26, 2026. Doc. [1]. After a complete review of his filings, the Court determines that precedent of the United States Court of Appeals for the Eighth Circuit forecloses the habeas relief he seeks.[1] *Avila v. Bondi*, 170 F.4th 1128, 1132 (8th Cir. 2026); *Lugo-Solet v. Mullin*, 1:26-cv-0052-ZMB, 2026 WL 1162233, at *2 (E.D. Mo. Apr. 29, 2026) (citing *Banyee v. Garland*, 115 F.4th 928, 933 (8th Cir. 2024)). It therefore "plainly appears" that Petitioner "is not entitled to relief," and the Court accordingly

---

[1] Petitioner also purports to bring a claim for "Deliberate Indifference to Serious Medical Needs" regarding his chronic hypertension. Doc. [1] at 6. He cannot bring such a claim in a habeas petition. *See Kruger v. Erickson*, 77 F.3d 1071, 1073–74 (8th Cir. 1996) (per curiam); *Pinson v. Berkebile*, 486 F. App'x 745, 747 (10th Cir. 2012). Petitioner remains free, under the strictures of Federal Rule of Civil Procedure 11(b), to bring "a civil rights claim or possibly a Federal Tort Claims Act claim against the United States," if he chooses to do so. *See Glaus v. Anderson*, 408 F.3d 382, 387 (7th Cir. 2005).

will enter an Order of Dismissal herewith.  *See* Rule 4 of the Rules Governing Section

2254 Cases in the United States District Courts.[2]

    Dated this 14th day of May 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[2] Under Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts, the Rules generally apply to § 2241 petitions.