**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| YUNIESKY GARCIA CAMBA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:26-cv-00103-MTS |
| | ) | |
| WARDEN, STE. GENEVIEVE COUNTY | ) | |
| DETENTION CENTER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion signed this same date,

**IT IS HEREBY ORDERED** that Petitioner Yuniesky Garcia Camba's

Petition is **DISMISSED**.

Dated this 14th day of May 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE